**Fill in this information to identify the case:**

Debtor name    T Cat Enterprise, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    18-22736

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $200.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | St. Charles Capital Bank | Checking | 2700 | $27,000.00 |
| 3.2. | TCF Bank | Checking | | $1,579.00 |
| 3.3. | Chase Bank | Checking | | $203.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**            $28,982.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | T Cat Enterprise, Inc. | Case number *(If known)* 18-22736 |
|---|---|---|
| | Name | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 243,576.33 | - | 0.00 | = .... $243,576.33 |
| | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 76,158.07 | - | 0.00 | =.... $76,158.07 |
| | face amount | | doubtful or uncollectible accounts | |

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$319,734.40

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture**<br>Computer desks, chairs, storage cabinets, bookcases | $0.00 | Liquidation | $2,000.00 |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software**<br>computers, accessories, printers, copier, telephones, software licenses | $0.00 | Liquidation | $4,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | T Cat Enterprise, Inc. | Case number *(If known)* 18-22736 |
|---|---|---|
| | Name | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$6,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Trailers - See attached Exhibit"B" -  Net equity after secured debt is $206,843.73 | $0.00 | Comparable sale | $266,000.00 |
| 47.2.  Trucks and vehicles - See attached Exhibit"A" - Net equity after secured debt is $125,141.22 | $0.00 | Comparable sale | $926,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tools, nuts and bolts, misc. parts, barricades, etc. | $0.00 | Liquidation | $20,000.00 |
| Equipment - See attached Exhibit "C" - Net equity after secured debt is $433,796.67 | $0.00 | Comparable sale | $550,500.00 |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$1,762,500.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Trucks - Payments & VIN

Exhibit "A"

| Trumbull | Make/Model | Vin # | Plate # | Purchase date | Financer | Contract/Loan number | Balance | Value |
|---|---|---|---|---|---|---|---|---|
| 44 | 2003 F250 | 1FTNX21F63EA43619 | 1092070B | - | - | - | Paid in full | $6,000.00 |
| 64 | 1995 Kodiak | 1GBM7HIJ5SJ113639 | - | - | - | - | Paid in full | $10,000.00 |
| 65 1/2 | 1991 4700 Six wheeler | 1HTGCPBR8MH378605 | - | - | - | - | Paid in full | $10,000.00 |
| 75 | 1993 Ford L9000 | 1FDYU82E8PVA24800 | 21644Q | - | - | - | Paid in full | $15,000.00 |
| 85 | 96' ford L9000 | 1FDYS86E4TVA32064 | 21454Q | - | - | - | Paid in full | $15,000.00 |
| 104 | 2014 CAT 660S | 1HTJGTKT6EJ499027 | 90870Q | 11/21/2013 | CAT Financial | ****5242-000 | merged contract | $65,000.00 |
| 106 | 2014 F250 | 1FT7W2BT3EEA82994 | 359190D | 11/12/2013 | Ford Credit | ****1774 | $6,387.71 | $30,000.00 |
| 112 | 2015 CAT 660 | 3HSJGTKR7FN512925 | 42178Z | 7/10/2014 | CAT Financial | ****5242-000 | merged contract | $55,000.00 |
| 113 | 2015 CAT 660 | 3HSJGTKR2FN512959 | 42177Z | 7/10/2014 | CAT Financial | ****5242-000 | merged contract | $55,000.00 |
| 117 | 2015 F250 | 1FT7W2BT8FEB50353 | 386792D | 10/30/2014 | Ford Credit | ****7153 | $5,578.33 | $40,000.00 |
| 122 | 2015 CAT 660 | 3HSJGTKR1FN639959 | 44233Z | 3/24/2015 | CAT Financial | ****4405-000 | $60,486.00 | $55,000.00 |
| 123 | 2015 CAT 660 | 3HSJGTKR3GN012567 | 44223Z | 4/28/2015 | CAT Financial | ****4256-000 | $62,588.61 | $55,000.00 |
| 124 | 2015 CAT 660 | 3HSJGTKR0GN012574 | 44585Z | 4/28/2015 | CAT Financial | ****4381-000 | $62,405.24 | $55,000.00 |
| 132 | 2016 CAT681 | 3HTKATKT3GN013148 | 22688Q | 9/18/2015 | CAT Financial | ****3368-000 | $83,777.27 | $85,000.00 |
| 134 | 2016 Peterbilt 389 | 1XPXD49X6GD361308 | 40843Z | 9/29/2015 | JX Financial | ****72 | $179,683.98 | $85,000.00 |
| 136 | 2016 Peterbilt 389 | 1XPXD49X4GD361310 | 28921Z | 9/29/2015 | JX Financial | ****72 | $179,683.98 | $85,000.00 |
| 141 | 2017 Ford F250 | 1FT7W2BT0HRB92924 | 337842D | 11/21/2016 | Ford Credit | ****2097 | $43,379.90 | $50,000.00 |
| 143 | 2017 Freightliner 108SD | 1FVAG5CY6HHHN3938 | - | 11/28/2016 | DAIMLERTRUCKFIN | ****0579 | $116,887.76 | $100,000.00 |

Trailers - Payment & VIN

Exhibit"B"

| Trumbull | Make/Model | Vin # | Plate # | Purchase date | Financer | Contract/Loan number | Balance | value |
|---|---|---|---|---|---|---|---|---|
| 54 | 2007 Pitboss dump | 1D913272P7B059683 | 324836 | - | - | - | Paid in full | $15,000.00 |
| 58 | 2007 12 ton Towmaster | 4KNTT16267L164243 | 58986TG | - | - | - | Paid in full | $5,000.00 |
| 72 | 2006 Hilbilt dump trailer | 15073 | 350778ST | - | - | - | Paid in full | $15,000.00 |
| 79 | 2007 Pitboss dump trailer | 1D913272P8B059734 | 350031 | - | - | - | Paid in full | $15,000.00 |
| 94 | 2013 12 ton trail king | 1TKU02027DM019537 | 68461TG | - | - | - | Paid in full | $8,000.00 |
| 108 | 2014 12 ton Trail King | 1TKU02027ER023561 | 70451TG | - | - | - | Paid in full | $8,000.00 |
| 109 | 2003 Hilbilt Dump | 1H9A3E3C131015046 | - | - | - | - | Paid in full | $15,000.00 |
| 115 | 2015 Heritage dump | 1H9DS2328FA555052 | 522092ST | 5/14/2014 | Peak Capital | **** | $5,748.33 | $33,000.00 |
| 119 | 2007 Fontaine Flatbed | 13N14830371540025 | 517533ST | - | - | - | Paid in full | $6,000.00 |
| 120 | 2014 55 ton Fontaine lowboy | 57JE55308E3561196 | 324441ST | 4/20/2015 | F.N.B Financial | ****7-EF4 | $32,257.16 | $70,000.00 |
| 127 | 2015 Coras dump | 4C9C5D426FS071694 | 549107ST | - | - | - | - | $33,000.00 |
| 129 | 2015 55 ton Talbert | 40FSK5236F1034323 | 523736ST | 5/4/2015 | F.N.B Financial | ****7-EF5 | $21,150.78 | $50,000.00 |
| 131 | 2015 12 ton Big Tow B-7DT | 4KNTT1622GL160352 | 73950TG | - | - | - | Paid in full | $8,000.00 |

Exhibit "C"

Machines - Payments & VIN

| Trumbull | Make/Model | Vin # | Value | Purchase date | Financer | Contract/Loan number | Balance |
|---|---|---|---|---|---|---|---|
| 89 | 2011 JCB 300 Skid | GEO300VHA1745210 | $15,000.00 | - | - | - | Paid in full |
| 93 | 2012 JCB 300 Skid Loader | GEO300WVTB1746849 | $16,500.00 | - | - | - | Paid in full |
| 102 | 2011 JCB 300T Track skid | GEO300TVCA1745313 | $16,000.00 | - | - | - | Paid in full |
| 103 | 2003 CAT 963C | CAT0963CV2DSO2951 | $55,000.00 | - | - | - | Paid in full |
| 105 | 2014 CAT 950K Loader | CAT0950KJR4A01339 | $150,000.00 | 11/21/2013 | CAT Financial | ****5242-000 | merged contract |
| 107 | 2012 CAT 950K | CAT0950KVR4A00260 | $150,000.00 | 11/21/2013 | CAT Financial | ****5242-000 | merged contract |
| 138 | 2013 314E Excavator | CAT0314EJZJT00259 | $98,000.00 | 12/16/2015 | CAT Financial | ****4987-000 | $77,727.52 |
| 140 | 2016 CAT 299D2 Compact track loader | 0DX200805 | $50,000.00 | 3/29/2017 | CAT Financial | ****3772-000 | $38,975.81 |

| Debtor | T Cat Enterprise, Inc. | Case number *(If known)* 18-22736 |
|---|---|---|
| | Name | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  1235 Humbracht Circle, Unit E, Barlett, IL 60103 | Leased property | $0.00 | | Unknown |
| 55.2.  271 E. North Avenue, Glendale Heights, IL | Leased property | $0.00 | | Unknown |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites<br>Website for business | $0.00 | | Unknown |
| 62.  Licenses, franchises, and royalties<br>Business license | $0.00 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    T Cat Enterprise, Inc.                                      Case number *(If known)*  18-22736
           Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                              $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    T Cat Enterprise, Inc.

_____    Case number *(If known)*   18-22736

Name

---

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,982.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $319,734.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,762,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,117,216.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,117,216.40 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        T Cat Enterprise, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    18-22736

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Associated Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |

| | |
|---|---|
| P.O. Box 3119<br>Milwaukee, WI 53201-3119 | |
| Creditor's mailing address | **Describe the lien**<br>Blanket Lien Upon All Assets |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☑ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| **2.2** | **Caterpillar Financial Services Corp**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>CT 660 | $64,176.58 | $55,000.00 |

| | |
|---|---|
| 2120 West End Ave<br>P.O Box 340001<br>Nashville, TN 37203 | |
| Creditor's mailing address | **Describe the lien**<br>Purchase Money Security |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☑ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>6000 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Caterpillar Financial Services Corp | Describe debtor's property that is subject to a lien | $63,964.58 | $55,000.00 |
|---|---|---|---|---|

**2.3** Caterpillar Financial Services Corp
Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
CT 660

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1000

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

$63,964.58      $55,000.00

---

**2.4** Caterpillar Financial Services Corp
Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
CT 660

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
5000

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,086.01      $55,000.00

---

**2.5** Caterpillar Financial Services Corp
Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
CT 681

**Describe the lien**
Purchase Money Security

$86,178.18      $85,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
| --- | --- | --- | --- |
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
8000

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Caterpillar Financial Services Corp | | $80,056.54 | $98,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
CAT 314ELCR

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7000

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | Caterpillar Financial Services Corp | | $39,816.41 | $50,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Cat 299D2XHP

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.8** Caterpillar Financial Services Corp

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2015

**Last 4 digits of account number**
5242

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2013 314E Excavator

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$77,727.52      $98,000.00

---

**2.9** Caterpillar Financial Services Corp

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cat 950K

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$45,978.23      $150,000.00

---

**2.10** Caterpillar Financial Services Corp

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Cat CT660

**Describe the lien**
Purchase Money Security

$40,966.37      $55,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | Caterpillar Financial Services Corp | | |
|---|---|---|---|

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $28,857.77    $65,000.00
Cat 660S

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | Caterpillar Financial Services Corp | | |
|---|---|---|---|

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $65,829.09    $150,000.00
Cat 950K

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**    **Caterpillar Financial Services Corp**

Creditor's Name

2120 West End Ave
P.O Box 340001
Nashville, TN 37203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 2000

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**Describe debtor's property that is subject to a lien**     $40,803.92     $55,000.00
Cat CT660

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4**    **Daimler Truck Financial**

Creditor's Name

Mercedes-Benz Financial Services US
8430 W. Bryn Mawr, 3rd Floor
Chicago, IL 60631

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred** 2016

**Last 4 digits of account number** 0579

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**Describe debtor's property that is subject to a lien**     $116,887.76     $100,000.00
2017 Freightliner 108SD

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 5**    **F.N.B Equipment Finance**

Creditor's Name

1853 Highway 315
Pittston, PA 18640

**Describe debtor's property that is subject to a lien**     $32,257.16     $70,000.00
2014 Fontaine Lowboy

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 6 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
| --- | --- | --- | --- |
| | Name | | |

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7EF4

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | F.N.B Equipment Finance | Describe debtor's property that is subject to a lien | $21,150.78 | $50,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2015 55 ton Talbert

1853 Highway 315
Pittston, PA 18640

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7EF5

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | Ford Credit | Describe debtor's property that is subject to a lien | $6,387.71 | $30,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2014 F250 Pickup

P. O. Box 790119
Saint Louis, MO 63179-0119

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1774

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

**2.18**

**Ford Credit**
Creditor's Name

P. O. Box 790119
Saint Louis, MO 63179-0119
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7153

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $5,578.33     $40,000.00
2015 Ford F-250

Describe the lien
Purchase Money Security
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**

**Ford Credit**
Creditor's Name

P. O. Box 790119
Saint Louis, MO 63179-0119
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2097

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $43,379.90     $50,000.00
2017 Ford F-250 Pickup

Describe the lien
Purchase Money Security
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**JX Financial**
Creditor's Name

820 Silvernail Rd.
Suite A
Pewaukee, WI 53072
Creditor's mailing address

Describe debtor's property that is subject to a lien     $179,683.98     $85,000.00
2016 Peterbilt 389 Tractor

Describe the lien
Purchase Money Security

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
6572

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.21**

**Peak Capital, Inc.**
Creditor's Name

P. O. Box 2362
Crystal Lake, IL 60039
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $37,261.52     $33,000.00
2015 Heritage Trailer

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.22**

**Peak Capital, Inc.**
Creditor's Name

P. O. Box 2362
Crystal Lake, IL 60039
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $5,748.33     $33,000.00
2015 Heritage Dump

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

| Debtor | T Cat Enterprise, Inc. | Case number (if know) | 18-22736 |
|--------|------------------------|-----------------------|----------|
|        | Name |

| 2.23 | Wells Fargo Equipment Finance | Describe debtor's property that is subject to a lien | $35,167.54 | $30,000.00 |

**Creditor's Name**

P. O. Box 310706
Des Moines, IA 50331-0706

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3010292734001
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

2014 Altas Copco Compactor

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,379,944.21 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

| Debtor name | T Cat Enterprise, Inc. |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-22736 |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>P.O .Box 19035<br>Springfield, IL 62794-9035 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Illinois Dept. of Employment Securi<br>332 S State St. 10th Floor<br>Chicago, IL 60603 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,036.00 | $15,036.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | T Cat Enterprise, Inc. | Case number (if known) | 18-22736 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158,000.00 | $158,000.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

As of the petition filing date, the claim is: **$158,000.00**    **$158,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AGC & J&A Joint Venture, LLC
13400 S. Route 59
Suite 116-160
Plainfield, IL 60585

As of the petition filing date, the claim is: *Check all that apply.*    **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5392,5447,5475

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Airgas USA LLC
P.O. Box 802576
Chicago, IL 60680

As of the petition filing date, the claim is: *Check all that apply.*    **$1,717.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8885

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
AL Warren Oil Company Inc.
P.O Box 2279
Chicago, IL 60680

As of the petition filing date, the claim is: *Check all that apply.*    **$12,838.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Altorfer Industries Inc.
Patten Industries Inc.
111 Lake Street
Schiller Park, IL 60176

As of the petition filing date, the claim is: *Check all that apply.*    **$153,736.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: Judgment

Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Bonell Industries Inc.
1385 Franklin Grove Rd.
Dixon, IL 61021

As of the petition filing date, the claim is: *Check all that apply.*    **$14,262.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2886

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | T Cat Enterprise, Inc. | | Case number (if known) | 18-22736 |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,829.85 |
|---|---|---|---|
| | Burns & Burns, Inc.<br>PO. Box 2896<br>Meridian, MS 39302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|
| | Casey Equipment Company<br>1603 E. Algonquin Rd.<br>Arlington Heights, IL 60005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,472.43 |
|---|---|---|---|
| | Cat Financial Comercial Account<br>PO.Box 978595<br>Dallas, TX | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,606.89 |
|---|---|---|---|
| | Chase Business Plus<br>P. O. Box 15123<br>Wilmington, DE 19850-5123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,702.24 |
|---|---|---|---|
| | Chicago Trailer Pool Corp.<br>PO. Box 691<br>Palatine, IL 60078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 0542 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,720.00 |
|---|---|---|---|
| | Contech Engineered Systems<br>1509 W. Mt. Vernon<br>Metamora, IL 61548 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** material - Judgment entered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,180.00 |
|---|---|---|---|
| | D & J Accounting<br>4950 N. Harlem Ave<br>Harwood Heights, IL 60706 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Accounting services | |
| | **Last 4 digits of account number** 3591 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | T Cat Enterprise, Inc. | Case number (if known) | 18-22736 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,960.10 |
|---|---|---|---|
| | Ferrellgas | ☐ Contingent | |
| | Po. Box 173940 | ☐ Unliquidated | |
| | Denver, CO 80217 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 9497 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,751.82 |
|---|---|---|---|
| | Fisher Cohen Waldman Shapirio, LLP | ☐ Contingent | |
| | 1247 Waukegan Rd. | ☐ Unliquidated | |
| | Ste 100 | ☐ Disputed | |
| | SD 57518-2000 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,558.55 |
|---|---|---|---|
| | Fleet Pride | ☐ Contingent | |
| | PO Box 847118 | ☐ Unliquidated | |
| | Dallas, TX 75284 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 3738 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,613.06 |
|---|---|---|---|
| | Geomat Inc. | ☐ Contingent | |
| | Po. Box | ☐ Unliquidated | |
| | Dallas, TX 75284 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4686 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,420.15 |
|---|---|---|---|
| | Illinois Tollway | ☐ Contingent | |
| | PO Box 5544 | ☐ Unliquidated | |
| | Chicago, IL 60680 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1074 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.50 |
|---|---|---|---|
| | Jet Permit, Ltd. | ☐ Contingent | |
| | PO. Box 349 | ☐ Unliquidated | |
| | Hales Corners, WI 53130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 0061 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,665.50 |
|---|---|---|---|
| | Larry's Plumbing & Electrical Gen | ☐ Contingent | |
| | 2316 N. 17th Ave | ☐ Unliquidated | |
| | Franklin Park, IL 60131 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 0080 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | T Cat Enterprise, Inc. | Case number (if known) | 18-22736 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,200.00

Leach Enterprises, Inc.
4304 Rt 176
Crystal Lake, IL 60014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 2089

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $652.75

Leahy Wolf
1724 W. Armitage Ct.
Ste A
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 3417

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,300,000.00

MJ & J Investors LLC
3419 N. keeler Avenue
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,547.51

Ozinga Materials, Inc.
Po. Box 910
Frankfort, IL 60423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0828

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,083.73

Ozinga Ready Mix Concrete, Inc.
Po. Box 910
Frankfort, IL 60423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0668

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,505.00

Phoenix Welding Company
3437 Elder Lane
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8365

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,440.00

Rosemont Landscaping
3437 Elder Ln
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** hers

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | T Cat Enterprise, Inc. | Case number (if known) | 18-22736 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.43 |
|---|---|---|---|

**Secure Tool and Fastener**
4322 Warren Ave
Hillside, IL 60162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2932

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,728.60 |
|---|---|---|---|

**Soo Line Railroad Company**
8293 Collection Center
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9972

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,421.00 |
|---|---|---|---|

**TCB Equipment Leasing Inc.**
600 N. Wolf Rod.
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Judgment

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,401.00 |
|---|---|---|---|

**The Cincinnati Insurance Company**
PO. Box 145620
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** hers

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,504.94 |
|---|---|---|---|

**Village Bank & Trust**
234 W. Northwest Highway
Arlington Heights, IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0001

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Wentworth Tire Inc**
11130 S. Corliss Ave
Chicago, IL 60628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** 8422

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

| Debtor | T Cat Enterprise, Inc. | Case number (if known) | 18-22736 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 188,036.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,122,961.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,310,997.01 |

**Fill in this information to identify the case:**

Debtor name     T Cat Enterprise, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   18-22736

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
          (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __T Cat Enterprise, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __18-22736__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City _____ State ____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State ____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State ____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State ____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **T Cat Enterprise, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-22736**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/12/2018      X _____
                                           Signature of individual signing on behalf of debtor

                                           **James R. Trumbull**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor